UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

PAUL F. WILLIAMS, et al.,

      Plaintiff,                                Civ. No. 14-5544 (KM)

     v.

YING ZHOU, et al.,

                                           ORDER

      Defendant.

_____

      This matter having come before the court by way of Defendant Ying Zhou's ("Defendant") motion to dismiss the complaint for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted [D.E. 12, 13];

      and Plaintiff Paul Williams ("Plaintiff") having filed opposition to Defendant's motion [D.E. 14, 15];

      and the Court having reviewed the submissions and the applicable law;

      and Fed. R. Civ. P. 12(b) requiring that any motion to dismiss a complaint must be made prior to filing a responsive pleading;

      and it appearing that Defendant filed an answer to Plaintiff's complaint on October 26, 2014 [D.E. 5];

      and for good cause shown;

      **IT IS ON THIS 7th day of November, 2014,**

      **ORDERED** that Defendant's motion to dismiss for lack of personal jurisdiction [D.E. 12] is DENIED without prejudice to Defendant's right to move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c); and it is further

2

**ORDERED** that any such motion shall comply with L.Civ.R. 7.1 and L.Civ.R. 7.2.

*s/Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**