

**STEPHEN B. IRWIN**
**ATTORNEY AT LAW, PLLC**
**59-14 146TH STREET**
**FLUSHING, N.Y.  11355**
TEL. (718) 874-8423          FAX (718) 874-6843

August 25, 2015

Magistrate Judge Michael A. Hammer
U.S. District Court
District of New Jersey
50 Walnut St.
Newark, N.J.  07101

Re:     Williams v. Zhou et al.
        Index No. 14-CV-5544

Dear Judge Hammer:

I represent the defendants in the above case.  You rescheduled a meet and confer conference at your courtroom for September 3, 2015, at 10:00 a.m.  I already have a trial continuation scheduled for that date in Queens County.

Could you have your staff reschedule the conference for the week after Labor Day?  Thank you.

Sincerely,

/s/ Stephen B. Irwin
Stephen B. Irwin
*Attorney for Defendants*
*Zhou, et al.*
39-15 Main St. #318
Flushing, N.Y.  11354
Tel. (718) 664-5684
Fax (718) 939-8881